# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

TERRY D. HODGES                                                        PLAINTIFF
ADC #151521

V.                      4:16CV00861 SWW/PSH

LOPES *et al*                                                         DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff Terry D. Hodges' claims against the Lonoke Detention Center are DISMISSED WITH PREJUDICE.

DATED this 4th day of January, 2017.

                                                                            /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE