## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TERRY D. HODGES**                                                                          **PLAINTIFF**
**ADC #151521**

**V.**                                   **NO: 4:16-CV-00861 SWW/PSH**

**STEVE LOPEZ,** *et al.*                                                                    **DEFENDANTS**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States

District Judge Susan Webber Wright.  You may file written objections to all or part of this

Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or

legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14)

days of this Recommendation.  By not objecting, you may waive the right to appeal questions of

fact.

### DISPOSITION

Plaintiff Terry D. Hodges filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on

November 23, 2016 (Doc. No. 2), and was subsequently granted leave to proceed *in forma*

*pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a) (Doc. No. 3).  Hodges recently notified the court

that he has been released from jail.  *See* Doc. No. 39.  On July 10, 2017, the Court ordered Hodges

to submit the remainder of the $350.00 filing fee or file a fully completed and signed IFP

application reflecting his free-world financial status within 30 days.  *See* Doc. No. 40.  Hodges

was cautioned that failure to comply with the Court's order within that time would result in the

recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed, and Hodges has not complied or otherwise responded to the July 10 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Hodges' complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE. Further, Defendants' pending motion for partial summary judgment (Doc. No. 42) should be DENIED as MOOT.

DATED this 14th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE