**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TERRY D. HODGES**                                                              **PLAINTIFF**
**ADC #151521**

**V.**                                   **NO: 4:16-CV-00861 SWW**

**STEVE LOPEZ,** *et al.*                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Hodges' complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE. Further, Defendants' pending motion for partial summary judgment (Doc. No. 42) is DENIED as MOOT.

DATED this 6th day of September, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE