**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TERRY D. HODGES**                                                                            **PLAINTIFF**
**ADC #151521**

**V.**                                      **NO: 4:16-CV-00861 SWW**

**STEVE LOPEZ,** *et al.*                                                                **DEFENDANTS**


### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this  6th day of September, 2017.


                                                    /s/Susan Webber Wright
                                                    UNITED STATES DISTRICT JUDGE